IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 20-cv-05397 |
| | ) |
| HOST HOTELS & RESORTS, INC. | ) |
| d/b/a Chicago Marriott Suites Downers Grove, | ) Judge Jorge L. Alonso |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff HOWARD COHAN ("Plaintiff") hereby gives notice that Defendant HOST HOTELS & RESORTS, INC. d/b/a Chicago Marriott Suites Downers Grove ("Defendant") (collectively, "Parties") and Plaintiff have settled the claims in this case. The Parties anticipate filing a Stipulation of Voluntary Dismissal with prejudice within fifteen (15) days as soon as the formal settlement agreement is executed. The Plaintiff respectfully requests that the Court enter an order striking all upcoming deadlines, including answer date of November 20, 2020 (Dkt # 5) and the status hearing on December 1, 2020 at 9:30 (Dkt #7), and allow the Parties until December 4, 2020 to file the Stipulation of Dismissal.

Dated: November 19, 2020    HOWARD COHAN

By: */s/ Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
Attorney for Plaintiff
77 W. Washington, Ste. 1300
Chicago, IL 60602
Telephone: 312-419-1999
marshall@mjburtlaw.com
IARDC #6198381

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2020, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record.

/s/ Marshall J. Burt
Marshall J. Burt
