IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 20-cv-05397 |
| | ) |
| HOST HOTELS & RESORTS, INC. | ) |
| d/b/a Chicago Marriott Suites Downers Grove, | ) Judge Jorge L. Alonso |
| | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISS
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant HOST HOTELS & RESORTS, INC., d/b/a Chicago Marriott Suites Downers Grove hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

HOWARD COHAN                                        HOST HOTELS & RESORTS, INC.

By: /s/ *Marshall J. Burt*                          By: */s/ Kevin Fritz*
    Counsel for Plaintiff                              Counsel for Defendant

Marshall J. Burt, Esq.                              Kevin Fritz, Esq.
The Burt Law Group, Ltd.                            Seyfarth Shaw.
77 W. Washington, Ste 1300                          233 S. Wacker Dr., Ste 8000
Chicago, IL 60602                                   Chicago, Illinois 60606
312-419-1999                                        (312) 460-5586
Marshall@mjburtlaw.com                              KFritz@seyfarth.com